# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAVID E. CLARK,

        Petitioner,     :     Case No. 3:17-cv-151

 - vs -                      District Judge Walter H. Rice
                                  Magistrate Judge Michael R. Merz

JEFF NOBLE, WARDEN,
  Madison Correctional Institution,

                              :

        Respondent.

## ORDER SUBSTITUTING RESPONDENT AND CHANGING PETITIONER'S ADDRESS OF RECORD

       On January 3, 2018, on Petitioner's Motion, the Court ordered Respondent to produce the relevant inmate mail logs in an attempt to understand why, if it is true, that Petitioner's receipt of mail from Respondent and from the Court has been tardy (ECF No. 32). In response, Principal Assistant Attorney General Watson, who represents Respondent in this case, advises that Petitioner was transferred during the summer of 2017 from the Trumbull Correctional Institution to the Madison Correctional Institution (ECF No. 33, PageID 1676).

       Accordingly, it is hereby ORDERED that Jeff Noble, Warden of the Madison Correctional Institution be SUBSTITUTED as the Respondent in this case. The Clerk is ORDERED to change Petitioner's address of record to

Madison Correctional Institution
1851 State Route 56
P.O. Box 740
London, Ohio 43140.

       Although Petitioner began using this address as early as July 2017 (See ECF No. 12), he has never

formally notified the Clerk of a change of address nor, apparently, ever thought that the delay in his receiving mail might have to do with this lack of notice as opposed to failures of prison personnel to comply with policy.

January 4, 2018.

s/ *Michael R. Merz*<br>United States Magistrate Judge