# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAVID E. CLARK,

        Petitioner,      :      Case No. 3:17-cv-151

- vs -                              District Judge Walter Herbert Rice
                                          Magistrate Judge Michael R. Merz

CHARMAINE BRACY, WARDEN,
 Trumbull Correctional Institution,
                                                       :

        Respondent.

## RECOMMITAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 35) to the Magistrate Judge's Decision and Order of December 6, 2017 (ECF No. 27); his Decision and Order of December 8, 2017 (ECF No. 29); and his Order of January 4, 2018 (ECF No. 34).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental opinion analyzing the Objections and making recommendations based on that analysis.

January 24, 2018.

                                                                                        Walter Herbert Rice
                                                                 United States District Judge