# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAVID E. CLARK

    Petitioner,

v.

JEFF NOBLE, WARDEN, Madison Correctional Institution

    Respondent.

Case No. 3:17cv151

District Judge Walter H. Rice

---

## ORDER APPOINTING COUNSEL UNDER THE CRIMINAL JUSTICE ACT

---

This Court, *Sua Sponte*, appoints J. Steven Justice, of the CJA panel for the Southern District of Ohio, to represent Petitioner in all further aspects of the captioned cause.

May 18, 2020

                                                  Walter H. Rice
                                                  United States District Judge