# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DAVID CLARK,

|                  |   |                             |
|------------------|---|-----------------------------|
| Petitioner,      | : | Case No. 3:17-cv-151        |
| - vs -           |   | District Judge Walter H. Rice |

TOM SCHEWITZER,
  Warden, Madison Correctional Institution,

                                               :

            Respondent.

## ORDER VACATING REFERENCE

This habeas corpus case was automatically referred to Magistrate Judge Michael R. Merz upon filing, pursuant to General Order Day 13-01. That reference is hereby VACATED. Magistrate Judge Merz shall have no further responsibility for matters in this case, including the pending Motion for Discovery (ECF No. 53) unless and until a further specific order of reference is entered.

November _03_, 2020.

Walter H. Rice (tp - per Judge
Rice authorization
after his review)

Walter H. Rice
United States District Judge

1